# EMERGENCY MOTION FOR PUBLICATION BAN

## IN THE U.S. DISTRICT COURT FOR THE STATE OF NEBRASKA

## DISTRICT OF NEBRASKA

| | |
|---|---|
| WELCH RACING LLC | } |
| BRENDAN WELCH, | } |
| PETITIONER, | } |
| VS | } Petitions for Reviews |
| DOUBLE 00 SHITSHOW, | } 8:23-cv-00306; 4:23-cv-03128 ; |
| | } 4:23-cv-03129 ; 8:23-cv-00305 |
| DAVID WRIGHT, | } |
| ET AL | } |
| RESPONDENTS | } |
| | } |
| | } |

COMES NOW Pro Se Petitioners , WELCH RACING LLC and Brendan Welch, in the above referenced cases and hereby files the following *Emergency Motion for Publication Ban* on his *Petition for Hearing* and asks The United States District Court for The District of Nebraska to grant this publication ban.

Welch Racing LLC and Brendan Welch have come under severe attack. The opposing parties and individuals are viciously trying to discredit us and are actively attacking my honor and reputation; a violation of Human Rights. Multiple other rights are being violated as well.

In the last week; we have been Doxxed; had our addresses and other private information posted publicly online. Which given the current circumstances and the nature of the crimes committed

against me and my race team; Welch Racing LLC; I feel this poses a threat to not just my family but to the safety and well-being of my person. It also affects the safety and well-being of my business; associates and partners; which includes both my current sponsors and past sponsors and all employees within those companies.

Let it be known that David Wright and his accomplices exhibit cult like behavior; as well as disorders such as Anti Social Personality Disorder; Superiority Complex and Inferiority Complex. They truly believe they are above the law and moral standards. It has come to my attention after reviewing the evidence and reports my associates have sent me from the office that this is true and accurate.

Furthermore; it is incredibly disturbing and a major concern to me and my business when David Wright; his accomplices and individuals like Ronald Baisden repetitively stalk and harass me, my friends and partners. Both online and in person via email, letters and by phone. I even have evidence that they stalked me and followed me to Iowa in June. Let it be known that Ronald Baisden has an active protection order against him and David Wright will as well soon due to their constant harassment and stalking the last two months.

Due to the malicious intent; vicious false accusations of how I am delusional; on drugs and other denigrations putting me in false light; as well as the fact this affects business operations and has forced me into business interruption; I hereby and sincerely request Court Listener and Pacer Monitor be notified of this ban and these matters be sealed. I also move the court to watch Blasé Raia and others for contempt of court; as they have stated by their own words online that they plan on live streaming the matters. I also do not want Court TV involved either. I request this to be as private as possible; as the integrity and credibility of these matters depends on it. Abuse will continue if it is allowed.

Furthermore; let it be known that David Wright and his accomplices are not only committing Infringement; but Theft; Impersonation as well as being part of a Conspiracy Against my Rights. Let it also be known that they all know I want nothing to do with them; have tried notifying them as such via cease and desist letters; yet still to this day they commit crimes and conspire against me. Let it also be known they Inflict Emotional Distress upon me. Pain and Suffering is also a factor. As I just want peace and yet the endless denigration; degrading and inhuman treatment by David Wright and his accomplices continue.

Let it also be known that not only due to business interruption impacting our business from the attacks on our honor and reputation; but there is clear evidence of gaslighting occurring as well. These are all acts of malice and displays of malicious defamation. Because of their lies; I have

been banned from Kearney Raceway Park and as a result of the ban; that otherwise would not have occurred; loss of enjoyment of life have manifested. I am currently unable to participate in activities that once brought pleasure. Criminal Harassment has occurred as well. David Wright and his accomplices engaged me in a series of aggressive or annoying acts with the intent to disturb, annoy, torment, torture and abuse me. Let it be known that again; I have notified them a month ago that I want nothing to do with them and just want peace. To be left alone and focus on my life and business operations; but they continue to target and harass me. David Wright and his accomplices have in fact; committed over 30 counts of Infringement. All the elements of Criminal Infringement are present. They are aware of their crimes; yet they do it anyway. For some strange reason, they think they can get away with their crimes and do whatever they want without consequences.

Lastly; I have met with Sherriff Paul Deaver of Greeley County and Nebraska State Patrol; amongst other law enforcement agencies and officers. They all agree they are not above the law and there are consequences to your actions. I would also like to ban them all from my home, farm, business and any other property I conduct personal or business affairs at. They have caused nothing but distress, abuse and anguish in my life. I deserve peace and happiness and it is well within my rights within the Human Rights Declaration and United States Constitution.

In Conclusion; I request and move the court to grant this order. Let it be known that serious bodily injury, continued crimes are likely and the integrity of these matters are at stake.

This motion is filed by Welch Racing LLC and Brendan Welch. RESPECTFULLY SUBMITTED on this 27th day of July 2023.

_____
Brendan Welch, Pro Se Petitioner